### Mark Eric WRIGHT, Plaintiff–Appellant,

v.

### Gayle HOLLINGSWORTH, Etc.; et al., Defendants,

### Gayle Hollingsworth, Registered Nurse at Telford, Individually and in official capacity, Defendant–Appellee.

### No. 99–40063.

United States Court of Appeals, Fifth Circuit.

June 11, 2001.

Justin M. Waggoner, Smyser, Kaplan & Veselka, Houston, TX, for Plaintiff–Appellant.

Charles Kenneth Eldred, Sharon Felfe, Asst. Atty. Gen., Austin, TX, for Defendant–Appellee.

Before KING, Chief Judge, and JOLLY, HIGGINBOTHAM, DAVIS, JONES, SMITH, WIENER, BARKSDALE, EMILIO M. GARZA, DeMOSS, BENAVIDES, STEWART, PARKER and DENNIS, Circuit Judges.

PER CURIAM:

This case is REMANDED to the original panel for reconsideration in the light of *Booth v. Churner*, 531 U.S. 956, 121 S.Ct. 1819, 149 L.Ed.2d 958 (2001).